IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH LUCERO  *
                                        *

v.  *  Civil No. – JFM-13-1036
                                        *

WAYNE EARLY, ET AL.  *

******

## MEMORANDUM

Kenneth Lucero has filed a motion to clarify order and reissue final judgment. The motion will be granted.

I believe that when I entered my order of February 26, 2015, I was under the impression that Wayne Early had moved to dismiss or for partial summary judgment as well. Accordingly, with this memorandum, I am entering an order which dismisses the action as to him as well despite the fact that he did not file a motion to dismiss. I believe that this is the most efficient way to handle this case.

Date: June 29, 2016

_____
J. Frederick Motz
United States District Judge

1