# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KENNETH LUCERO**<br><br>            Plaintiff<br><br>v.<br><br>**WAYNE EARLY,** *et al.*<br><br>            Defendants | Civil Action No.<br>    **13-CV-01036-GLR** |

## JOINT STATUS/SETTLEMENT REPORT

The parties report that the case has settled and request a Local Rule 111 Settlement Order with sixty (60) days to consummate settlement.

Respectfully submitted,

/s/Sean R. Day/s/
Sean R. Day (Bar No. 12831)
7500 Greenway Center Dr Ste 110
Greenbelt MD 20770-3511
301.220.2270 phone
301.220.2441 fax
Sean@DayInCourt.Net
Attorney for Plaintiff


_____/s/_____
Steven J. Potter, Chief Solicitor
Federal Bar no. 8841
Department of Law
100 Holliday Street, First Floor
Baltimore, MD. 21202
P: (410) 396-3945
F: (410) 547-1025
Steven.potter@baltimorecity.gov
Attorney for Mayor and City Council of Baltimore, Defendant

____/s/_____
Kara K. Lynch, Chief Solicitor
Federal Bar no. 29351
BPD Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, MD 21202
P: 410.396.2496
F: 410.396.2126
Kara.lynch@baltimorepolice.org
Attorney for BPD


____/s/_____
Chaz Ball (Fed. Bar No. 30044)
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
(410) 685-2022
mmarshall@sbwlaw.com
cball@sbwlaw.com
Attorneys for Defendant Early